```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE MARIO PEREZ,                                                      :
                                                                       :
                            Plaintiff,                                 :
                                                                       :         22 Civ. 9337 (JPC)
            -v-                                                        :
                                                                       :         ORDER
HKAL 34TH STREET LP et al.,                                            :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Complaint in this case was filed on October 31, 2022, Dkt. 1, and was served on Defendant Addolorata Inc. ("Addolorata") on November 28, 2022, Dkt. 9, as a result of which Addolorata's answer to the Complaint was due on December 19, 2022, *see* Fed. R. Civ. P. 12(a)(1)(A)(i). But although Addolorata has entered a Notice of Appearance, Dkt. 10, it has not answered the Complaint. Therefore, by January 12, 2023, Addolorata shall file a status letter informing the Court of whether it plans to answer the Complaint, and, if so, whether it requests an extension of time to file that answer.

SO ORDERED.

Dated: January 5, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge