```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE MARIO PEREZ,                                                      :
                                                                       :
                              Plaintiff,                               :
                                                                       :        22 Civ. 9337 (JPC)
             -v-                                                       :
                                                                       :              ORDER
HKAL 34TH STREET LP et al.,                                            :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Because Defendant HKAL 34th Street LP ("HKAL") has answered the Complaint, Dkt. 24, and without objection from Plaintiff, as noted at the conference held on March 1, 2023, the Clerk's Certificate of Default entered against HKAL, Dkt. 13, is hereby vacated.

SO ORDERED.

Dated: March 1, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge