```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE MARIO PEREZ,

                                        Plaintiff,      ORDER SCHEDULING
                                                        SETTLEMENT CONFERENCE
                -against-
                                                        22-CV-9337 (JPC)
HKAL 34TH STREET LP, et al.,

                                        Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Tuesday, July 25, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 18, 2023 by 5:00 p.m.**

SO ORDERED.

Dated: April 10, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge