UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE MARIO PEREZ,

                PLAINTIFF,            1:22-CV-09337-JPC

      -v-                                     REVISED CIVIL CASE
                                              MANAGEMENT PLAN AND
HKAL 34TH STREET LP, ET AL.,           SCHEDULING ORDER

                DEFENDANTS.

------------------------------------------------------------X

      Pursuant to the parties joint application to revise the Case Management Plan and Scheduling Order entered on March 1, 2023 [Dkt #28] ("Order"), the Order is revised as follows:

1. Fact Discovery

    a. All fact discovery shall be completed no later than 9/25/2023.

    b. Depositions shall be completed by 9/25/2023.

2. Expert Discovery

    a. All expert discovery, including expert depositions, shall be completed no later than 9/25/2023.

    b. Defendant's expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be made on or before 8/25/2023.

      All other matters set forth in the March 1, 2023 Order shall not be affected by this Revised Civil Case Management Plan and Scheduling Order.

SO ORDERED.

                                                              _____
                                                               JOHN P. CRONAN
                                                               United States District Judge

Dated: June 13, 2023
       New York, New York