# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600

January 12, 2024

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Jose Mario Perez v. HKAL 34th Street LP and Addolorata Inc.; 1:22-cv-09337(JPC)(KHP)*

Dear Judge Cronan:

We represent plaintiff Jose Mario Perez in the above-entitled action. On behalf of the plaintiff and with the consent of defendant HKAL 34th Street LP[1], we write to respectfully ask the Court to extend the time for the parties to file the stipulation of dismissal by forty-five (45) days, from January 12, 2024 to February 26, 2024, or, in the alternative, for the Court to re-open the case.[2]  The reason for this request is that the parties require additional time to finalize and execute the settlement agreement and thereafter satisfy certain conditions precedent to the filing of the stipulation of dismissal.

By way of background, the parties settled this action on November 13, 2023 and have worked through successive rounds of comments to memorialize their settlement terms in writing. On January 11, 2023 defendant Addolorata Inc. informed the parties that it has no further comments to plaintiff's last draft and defendant HKAL 34th Street LP is in the process of revising the agreement to incorporate one last comment.

As a result of the above, plaintiff respectfully seeks an extension of time, until February 26, 2024, to enable the parties to finalize and execute the settlement agreement and satisfy certain conditions precedent to the filing of the stipulation of dismissal.

Thank you for your time and attention to this matter.

Given that the parties require additional time to finalize and execute their settlement agreement, the deadline for the parties to restore this action is extended until February 26, 2024.  *See* Dkt. 41.

Respectfully yours,

SO ORDERED.
Date: January 16, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

_____/s/_____
Robert G. Hanski, Esq.

---

[1] As of the filing of this letter, plaintiff has not received a response from defendant Addolorata Inc.

[2] This is the second request for an extension of time.  The first extension of time was from December 13, 2023 to January 12, 2024 (ECF No. 43).